IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ABDUL JONES | : | CIVIL ACTION |
| v. | : | |
| MICHAEL NUTTER, et al. | : | NO. 14-3939 |

O R D E R

AND NOW, this 28th day of August, 2014, upon consideration of plaintiff's motion to proceed in forma pauperis and his pro se complaint, IT IS ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis is GRANTED.

2. Plaintiff, Abdul Jones, #66417066, shall pay in installments the full filing fee of $350. Based on the financial information provided by plaintiff, an initial partial filing fee of $21.30 is assessed. The Warden or other appropriate official at the United States Penitentiary at Canaan or at any other prison at which plaintiff may be incarcerated is directed to deduct $21.30 from plaintiff's inmate trust fund account, when such funds become available, and forward that amount to the Clerk of the United States District Court for the Eastern District of Pennsylvania, 601 Market St., Room 2609, Philadelphia, PA 19106, to be credited to Civil Action No. 14-3939. After the initial partial filing fee is collected and until the full filing fee is paid, the Warden or other appropriate official at the United States Penitentiary at Canaan or at any prison at which plaintiff may be incarcerated, shall deduct from plaintiff's account, each time that plaintiff's inmate trust fund account exceeds $10, an amount no greater than

20 percent of the money credited to his account during the preceding month and forward that amount to the Clerk of Court at the address provided above to be credited to Civil Action No. 14-3939.

       3.    Plaintiff's complaint is DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons discussed in the Court's Memorandum.

       4.    The Clerk of Court is directed to send a copy of this order to the Warden of the United States Penitentiary at Canaan.

       5.    The Clerk of Court shall CLOSE this case.

**BY THE COURT:**

*Norma L. Shapiro, J.*